UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 21884
    BYRON LAMONT COLEMAN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-1503
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 11/20/2007 and was not confirmed.

      The case was dismissed without confirmation 02/20/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LONG BEACH ACCEPTANCE | SECURED NOT I | 1693.84 | .00 | 1693.84 |
| LONG BEACH ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 29880.22 | .00 | .00 |
| NATIONAL CITY MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| PIERCE & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5000.00 | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| FRANKLIN COLLECTION SV | NOTICE ONLY | NOT FILED | .00 | .00 |
| CINGULAR | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JACKSON PARK HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1650.80 | .00 | .00 |
| PROVIDIAN NATIONAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 942.81 | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 400.00 | | 400.00 |
| TOM VAUGHN | TRUSTEE | | | 150.60 |
| DEBTOR REFUND | REFUND | | | 1,955.56 |

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  4,200.00

PRIORITY                                       .00

                  PAGE  1 - CONTINUED ON NEXT PAGE

          CASE NO. 07 B 21884 BYRON LAMONT COLEMAN

```
SECURED                                                   1,693.84
UNSECURED                                                      .00
ADMINISTRATIVE                                             400.00
TRUSTEE COMPENSATION                                      150.60
DEBTOR REFUND                                           1,955.56
                           ----------------      ----------------
TOTALS                         4,200.00                4,200.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
   Dated: 08/21/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```